

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-16-2008

# Thabault v. Chait

Precedential or Non-Precedential: Precedential

Docket No. 06-2209

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Thabault v. Chait" (2008). *2008 Decisions.* Paper 442.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/442

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 06-2209

_____

PAULETTE J. THABAULT*,
as Receiver of Ambassador Insurance Company

v.

DORIS JUNE CHAIT, as Representative of the Estate
of Arnold Chait; PRICEWATERHOUSECOOPERS LLP

PriceWaterhouseCoopers LLP,
                                                     Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2:85-cv-02441)
District Judge: Honorable Harold A. Ackerman

_____

Argued September 11, 2007

Before: SCIRICA, Chief Judge, RENDELL and FUENTES, Circuit Judges.

_____

ORDER AMENDING OPINION

_____

At the direction of the Court, the last sentence on page 3 which continues on the first line of page 4 of opinion filed on September 9, 2008 is amended as follows:

_____

*Amended in accordance with Clerk's Order dated 6/6/06 pursuant to Fed. R. App. P. 43(c)

"The judgment reached $182.9 million after the District Court added prejudgment interest."


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:          September 16, 2008

lwc/cc:        Fordham E. Huffman, Esq.
               Robert J. Stickles, Esq.
               Tracy K. Stratford, Esq.
               Richard B. Whitney, Esq.
               Evan R. Chesler, Esq.
               Matthew A. Eisenstein, Esq.
               Andrew T. Karron, Esq.
               Antony L. Ryan, Esq.
               Jay K. Wright, Esq.
               Kevin McNulty, Esq.